IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH MCINERNEY,    No   C-03-1358 VRW

    Plaintiff,    ORDER

    v

SAN FRANCISCO HOUSING AUTHORITY et al,

    Defendant.

_____/

    In its prior order granting defendants' motion to dismiss, the court gave plaintiff leave to file an amended complaint by May 31, 2005. Doc #27. Plaintiff has elected to file a notice of appeal from that order and has not filed an amended complaint. Accordingly, the clerk is DIRECTED to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge